IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUEL SEPULVEDA,** | : | |
| Petitioner | : | No. 3:06-cv-00731 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **LAUREL HARRY, Acting Secretary, Pennsylvania Department of Corrections, and MICHAEL ZAKEN, Superintendent of the State Correctional Institution at Greene,**[1] | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on the 31st day of March 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 31) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] The Amended Petition for Writ of Habeas Corpus names as respondents John E. Wetzel, Secretary of the Pennsylvania Department Corrections, and Robert Gilmore, Superintendent of the State Correctional Institution at Greene. (Doc. No. 31 ¶¶ 2-3.) Mr. Wetzel has been succeeded by Laurel Harry as Acting Secretary of Corrections. Mr. Gilmore has been succeeded by Michael Zaken as Superintendent of the State Correctional Institution at Greene. Pursuant to Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party in an action brought against the public officer in an official capacity.